USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-13-21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA

    -against-

Anthony Aiello

------------------------------------x

**ORDER**

**84-CR-881**
Docket #

<u>Andrew L. Carter, Jr.</u>, **DISTRICT JUDGE**:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, **Anthony Strazza** is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____.

                **SO ORDERED.**

                *[signature]*

                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       5/12/21