```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC#:_____
                                              DATE FILED: 3-25-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

              -against-                84-CR-881 (ALC)

ANTHONY AIELLO,                **ORDER**

              **Defendant.**
------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Status Conference is set for **April 2, 2024** at **2:00 p.m.** All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Members of the public and press may attend the telephonic conference by dialing the same number.

**SO ORDERED.**

Dated:    New York, New York
            March 25, 2024

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**