USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-2-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA,       :
                                :
                                :
                                :   84-CR-881 (ALC)
    -against-                   :
                                :   **ORDER**
ANTHONY AIELLO,                 :
                                :
                                :
            Defendant.          :
                                :
---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Telephone Status Conference is set for **April 2, 2024** is adjourned to **3:00 p.m.**

All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

Members of the public and press may attend the telephonic conference by dialing the same number.

**SO ORDERED.**

Dated:     New York, New York
           April 2, 2024

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**